```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    CORRECTIONS USA, a
10  California Mutual Benefit
    Corporation; MIKE JIMENEZ,
11  as a Representative of the
    Members of Corrections USA,
12  a California Mutual Benefit
    Corporation,
13                                       NO. CIV. S-07-653 LKK/EFB
              Plaintiffs,
14
         v.
15                                            O R D E R
    BRIAN DAWE, RICHARD LOUD;
16  GARY HARKINS; and DOES 1-100,
    inclusive,
17
              Defendants.
18  _____/
```

19      The court is in receipt of plaintiffs' proposed orders denying

20 defendant Harkin and defendant Dawe's motions to quash service of

21 summons for lack of personal jurisdiction.  This case was removed

22 to federal court on April 7, 2007.  Since the case was removed,

23 neither defendant Harkin nor Dawe have filed motions to quash in

24 this case.

25      That said, defendant Dawe and Harkins did file motions to

26 quash in state court prior to removal.  Those motions were denied.

                                    1

The court assumes, but does not know, that plaintiffs now seek to have this court adopt the state court's findings regarding the motions to quash. Plaintiffs fail to inform the court as to the legal grounds for their request. It is not clear what law or legal principle allows this court to adopt the state court's order denying the motions to quash, which were filed and ruled upon prior to the notice of removal.

Accordingly, the court orders as follows:

1. Plaintiffs are to file a supplemental brief within ten (10) days of the date of this order which sets forth the legal basis for their proposed orders.

2. The court DEFERS ruling on the plaintiffs' two proposed orders (documents 16 & 17 on docket) until after it has received plaintiffs' supplemental briefing.

IT IS SO ORDERED.

DATED: May 1, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT