UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORRECTIONS USA, a
California Mutual Benefit
Corporation; MIKE JIMENEZ,
as a Representative of the
Members of Corrections USA,
a California Mutual Benefit
Corporation,

        Plaintiffs,

   v.

BRIAN DAWE, RICHARD LOUD;
GARY HARKINS; and DOES 1-100,
inclusive,

        Defendants.
_____/

NO. CIV. S-07-653 LKK/EFB

O R D E R

    The court is in receipt of plaintiffs' proposed orders denying defendant Harkin and defendant Dawe's motions to quash service of summons for lack of personal jurisdiction. On May 1, 2007, plaintiffs were ordered to file a supplemental brief that set forth the legal basis for their proposed orders. The court has reviewed the supplemental brief and for the reasons discussed herein, the court declines to adopt the proposed orders.

    This case was removed to federal court on April 7, 2007.

1

1  Since the case was removed, neither defendant Harkin nor Dawe have
2  filed motions to quash.  Defendants Dawe and Harkins did, however,
3  file motions to quash in state court and these motions were denied
4  by the state court prior to removal.  Plaintiffs' supplemental
5  brief fails to set forth the legal grounds which would permit this
6  court to adopt a state court's order denying the motions to quash,
7  both of which were filed and ruled upon prior to removal.

8      Plaintiffs are correct that as a general matter, "one judge
9  should not overrule the prior decisions of another sitting in the
10 same case because of the principles of comity and uniformity
11 [which] ... preserve the orderly functioning of the judicial
12 process."  Fairbank v. Wunderman Cato Johnson, 212 F.3d 528, 530
13 (9th Cir. 2000).  Moreover, it is well established that a "federal
14 court takes the case as it finds it on removal and treats
15 everything that occurred in the state court as if it had taken
16 place in federal court."  Butner v. Neustadter, 324 F.2d 783, 785
17 (9th Cir. 1963)

18     The problem with plaintiffs' request is that defendants have
19 not filed motions to quash in this court.  Were defendants to file
20 such a motion, the court would seriously consider the question of
21 whether it is bound by the state court's ruling.   However, as
22 the case stands now, the court cannot deny motions that have not
23 been filed.  Plaintiffs fail to cite to any legal authority which
24 would allow this court to rule on a motion that was previously
25 filed and ruled on in state court. Accordingly, the court declines
26 to adopt the two proposed orders submitted by plaintiffs.

1     IT IS SO ORDERED.

2     DATED:  May 22, 2007.

                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT