UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORRECTIONS USA, a
California Mutual Benefits
Corporation; MIKE JIMENEZ,
as a Representative of the
Members of Corrections USA,
a California Mutual Benefits
Corporation,

        Plaintiffs

  v.

BRIAN DAWE; RICHARD LOUD;
GARY HARKINS; and DOES 1-
100, inclusive,

        Defendants.
_____/

NO. CIV.S-07-653 LKK/EFB

O R D E R

On June 18, 2007, a status conference was held in chambers. Phillip R. A. Mastagni appeared as counsel for plaintiffs; Thomas Redmon appeared as counsel for defendant Brian Dawe; Maureen VanderMay appeared as counsel for defendant Gary Harkins. At that conference, the court ORDERED as follows:

    1.  A further status conference is set for July 30, 2007 at 3:30 p.m.

1

```
1        IT IS SO ORDERED.
2        DATED: June 20, 2007.
3
4                                   /s/ Lawrence K. Karlton
                                    _____
5                                   LAWRENCE K. KARLTON
                                    SENIOR JUDGE
6                                   UNITED STATES DISTRICT COURT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```