WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Defendant
BRIAN DAWE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRECTIONS USA, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN DAWE, individually and d/b/a FLAT IRON MOUNTAIN ASSOCIATES; RICHARD LOUD; GARY HARKINS; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:07-CV-00653 LKK/EFB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIAN DAWE'S ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES** |

### RECITALS

On or about April 11, 2007, Defendant Brian Dawe filed an Answer to the Complaint for Damages filed by Plaintiff in this matter.  On or about June 28, 2007, Plaintiff filed a First Amended Complaint for Damages.  Mr. Dawe wishes to have his previously-filed Answer stand as his answer to the allegations of the First Amended Complaint, without the need for the filing of a separate answer.  Plaintiff is amenable to this arrangement.

### STIPULATION

In light of the above, Plaintiff CORRECTIONS USA and Defendant BRIAN DAWE, individually and d/b/a/ FLAT IRON MOUNTAIN ASSOCIATES ("Mr. Dawe"), HEREBY STIPULATE AND AGREE that Mr. Dawe's previously-filed Answer in this matter shall be

PDF created with pdfFactory trial version www.pdffactory.com

deemed to also answer the allegations of Plaintiff's First Amended Complaint for Damages. This Stipulation does not waive any rights, claims, or defenses of Plaintiff CORRECTIONS USA.

DATED:     July 11,    , 2007          WILKE, FLEURY, HOFFELT,
                                       GOULD & BIRNEY, LLP


                                       By: /s/
                                          DANIEL L. BAXTER
                                          Attorneys for Defendant
                                          BRIAN DAWE

DATED:     July 6,    , 2007           MASTAGNI, HOLSTEDT, AMICK,
                                       MILLER, JOHNSEN & UHRHAMMER


                                       By: /s/
                                          PHILIP R.A. MASTAGNI
                                          Attorneys for Plaintiff
                                          CORRECTIONS USA

IT IS SO ORDERED.

Dated: July 11, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

296590.1

PDF created with pdfFactory trial version www.pdffactory.com