WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Defendant
BRIAN DAWE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRECTIONS USA, a California Mutual Benefit Corporation,<br><br>                            Plaintiff,<br><br>       v.<br><br>BRIAN DAWE, individually and d/b/a FLAT IRON MOUNTAIN ASSOCIATES; RICHARD LOUD; GARY HARKINS; and DOES 1-100, inclusive,<br><br>                            Defendants. | Case No. 2:07-CV-00653 LKK/EFB<br><br>**STIPULATION AND ORDER REGARDING BRIAN DAWE'S ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES** |

**RECITALS**

On or about April 11, 2007, Defendant Brian Dawe filed an Answer to the Complaint for Damages filed by Plaintiff in this matter.  On or about June 28, 2007, Plaintiff filed a First Amended Complaint for Damages.  Mr. Dawe wishes to have his previously-filed Answer stand as his answer to the allegations of the First Amended Complaint, without the need for the filing of a separate answer.  Plaintiff is amenable to this arrangement.

**STIPULATION**

In light of the above, Plaintiff CORRECTIONS USA and Defendant BRIAN DAWE, individually and d/b/a/ FLAT IRON MOUNTAIN ASSOCIATES ("Mr. Dawe"), HEREBY STIPULATE AND AGREE that Mr. Dawe's previously-filed Answer in this matter shall be

- 1 -

deemed to also answer the allegations of Plaintiff's First Amended Complaint for Damages.  This Stipulation does not waive any rights, claims, or defenses of Plaintiff CORRECTIONS USA.

DATED:    July 11, 2007                WILKE, FLEURY, HOFFELT,
                                       GOULD & BIRNEY, LLP


                                       By:    /s/
                                          DANIEL L. BAXTER
                                          Attorneys for Defendant
                                          BRIAN DAWE

DATED:    July  6, 2007                MASTAGNI, HOLSTEDT, AMICK,
                                       MILLER, JOHNSEN & UHRHAMMER


                                       By:    /s/
                                          PHILIP R.A. MASTAGNI
                                          Attorneys for Plaintiff
                                          CORRECTIONS USA

   IT IS SO ORDERED.

Dated:   July 24, 2007.

                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

- 2 -

STIPULATION AND ORDER (CASE NO. 2:07-CV-00653 LKK/EFB)