DAVID P. MASTAGNI, SBN 057721
AMANDA UHRHAMMER, SBN 199445
PHILLIP MASTAGNI, SBN 238254
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone:     (916) 446-4692
Attorneys for Plaintiff Corrections USA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRECTIONS USA, a California Mutual Benefit Corporation,<br><br>        Plaintiff,<br>v.<br><br>BRIAN DAWE, individually and d/b/a FLAT IRON MOUNTAIN ASSOCIATES; RICHARD LOUD GARY HARKINS; and DOES 1-100, inclusive,<br><br>        Defendants.<br>_____<br>GARY HARKINS,<br><br>        Counter-Plaintiff and<br>        Third-Party Plaintiff,<br><br>v.<br><br>CORRECTIONS USA, a California Mutual Benefit Corporation, and JAMES BAIARDI, individually and as Chairman of CORRECTIONS USA,<br><br>        Counter-Defendant and<br>        Third-Party Defendant.<br>_____ | Case No.: 2:07-CV-00653-LKK-EFB<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS** |

    Plaintiff/ Counter-Defendant Corrections USA, a California mutual benefit

Corporation ("CUSA") and Defendant/ Counter-Plaintiff GARY HARKINS hereby stipulate

and seek an order of the Court extending certain deadlines in the above-entitled matter, as follows: CUSA and HARKINS HEREBY STIPULATE AND AGREE that the time for Corrections, USA to respond to the GARY HARKINS' counterclaims is extended to August 13, 2007.

Dated: July 30, 2007           **THE VANDERMAY LAW FIRM**

                      By      */s/ Maureen C. Vandermay   (Authorized: 7/30/07)*

                              MAUREEN C. VANDERMAY
                              Attorneys for Defendant and Counter-Plaintiff
                              Gary Harkins

Dated: July 30, 2007           **MASTAGNI, HOLSTEDT, AMICK,
                              MILLER, JOHNSEN & UHRHAMMER**

                      By      */s/ Phillip R. A. Mastagni (Authorized: 7/30/07)*

                              PHILLIP R.A. MASTAGNI
                              Attorney for Plaintiff and Counter-Defendant
                              Corrections USA

**ORDER**

IT IS HEREBY ORDERED THAT:

    CORRECTIONS USA, a California mutual benefit corporation shall respond to the GARY HARKINS' counterclaims on or before August 13, 2007.

Dated: August 1, 2007.

                                  /s/ Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT