```
                    UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


CORRECTIONS USA, a
California Mutual Benefit
Corporation,
                                          NO. CIV. S-07-653 LKK/EFB
          Plaintiff,

     v.
                                          RELATED CASE ORDER
BRIAN DAWE, individually
and d/b/a FLAT IRON MOUNTAIN
ASSOCIATES; RICHARD LOUD;
GARY HARKINS; and DOES 1-100,
inclusive,

          Defendants.

AND RELATED COUNTERCLAIMS
                                    /

BRIAN DAWE, individually and
d/b/a FLAT IRON MOUNTAIN
ASSOCIATES,
                                          NO. CIV. S-07-1790 LEW/EFB
          Plaintiff,

     v.

CORRECTIONS USA, a California
Corporation; CALIFORNIA CORRECTIONAL
PEACE OFFICERS ASSOCIATION, a
California Corporation; JAMES
BAIARDI, an individual; DONALD
JOSEPH BAUMANN, an individual,

          Defendants.

AND RELATED COUNTERCLAIM
                                    /
```

1

1  Examination of the above-entitled actions reveals that
2 these two (2) actions are related within the meaning of Local Rule
3 83-123(a) (E.D. Cal. 1997). The actions involve some of the same
4 parties, are based on the same or similar claims, and involve the
5 same transaction or events.
6  Accordingly, the assignment of the matters to the same judge
7 and magistrate judge is likely to effect a substantial savings of
8 judicial effort and is also likely to be convenient for the
9 parties.
10  The parties should be aware that relating the cases under
11 Local Rule 83-123 merely has the result that the two (2) actions
12 are assigned to the same judge and magistrate judge; no
13 consolidation of the actions is effected.  Under the regular
14 practice of this court, related cases are generally assigned to the
15 judge and magistrate judge to whom the first filed action was
16 assigned.
17  IT IS THEREFORE ORDERED that the action denominated CIV. NO.
18 S-07-1790 LEW/EFB and the same hereby is, reassigned to Judge
19 Lawrence K. Karlton and Magistrate Judge Edmund F. Brennan for all
20 further proceedings, and any dates currently set in this reassigned
21 case <u>only</u>, including any hearing dates currently set before Judge
22 Lew, are hereby VACATED.  The parties are directed to re-notice any
23 previously-filed motions for hearing before the undersigned.
24 Henceforth, the caption on documents filed in the reassigned case
25 shall be shown as CIV. NO. S-07-1790 LKK/EFB.
26  IT IS FURTHER ORDERED that the Clerk of the Court make

2

appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: September 10, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT