WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:     (916) 441-2430
Facsimile:      (916) 442-6664

Attorneys for
BRIAN DAWE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE, individually and d/b/a FLAT IRON MOUNTAIN ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:07-CV-01790 LKK EFB<br><br>**STIPULATION AND ORDER FOR CONSOLIDATION** |
| CORRECTIONS USA, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN DAWE, individually and d/b/a FLAT IRON MOUNTAIN ASSOCIATES; RICHARD LOUD; GARY HARKINS; and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:07-CV-00653 LKK EFB |

301085.1
- 1 -

**STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION**

## RECITALS

Currently before the Court are the matters of <u>Brian Dawe v. Corrections USA et al.</u> (Case No. 2:07-CV-01790 LKK EFB) ("Case 1") and <u>Corrections USA v. Brian Dawe et al.</u> (Case No. 00653 LKK EFB) ("Case 2"). The original complaint in Case 1 was filed on or about January 4, 2007 in the District Court of the Third Judicial District in and for the County of Lincoln, State of Wyoming, before being removed to the United States District Court for the District of Wyoming on February 21, 2007 and transferred to this Court on July 26, 2007. The original complaint in Case 2 was filed on or about January 25, 2007 in the Superior Court of the State of California, County of Sacramento, before being removed to this Court on April 4, 2007.

In its Order transferring Case 1, the United States District Court for the District of Wyoming specifically indicated, *inter alia*, that the two cases are "related action[s] involving the same parties and issues." Because of the relatedness of the two actions, Mr. Dawe filed a Notice of Related Cases in both cases on September 6, 2007. On September 10, 2007, Judge Lawrence K. Karlton issued a Related Case Order reassigning Case 1 to Judge Karlton, finding that "[t]he actions involve some of the same parties, are based on the same or similar claims, and involve the same transaction or events." Based on that finding, Judge Karlton concluded that "assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties."

Given the above circumstances, the parties wish to consolidate the two cases pursuant to Federal Rule of Civil Procedure 42(a), which provides as follows:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Here, Cases 1 and 2 involve common questions of law and fact. All of the parties' respective claims arise out of Brian Dawe, Gary Harkins, and Richard Loud's service with Corrections USA ("CUSA"), as well as conduct thereafter allegedly continuing through the present time. In brief, CUSA claims that Messrs. Dawe, Harkins, and Loud, both during their respective tenures with that entity and thereafter, breached their fiduciary duties, misappropriated

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

301085.1     - 2 -

**STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION**

property and assets from CUSA, unlawfully competed with CUSA, misused CUSA's membership list, and committed business torts against CUSA.  Mr. Dawe advances claims for unpaid monies due and owing under an alleged contract under which Mr. Dawe provided services to CUSA.  Mr. Dawe also claims defamation, libel, and slander against CUSA, CCPOA, Joseph Baumann, and James Bairdi relative to Mr. Dawe's relationship with CUSA.  Mr. Harkins alleges breach of contract by CUSA and various state law tort claims, including defamation, arising in connection with Mr. Harkins' relationship with CUSA.

## STIPULATION

In light of the above, the parties HEREBY STIPULATE that Case 1 and Case 2 shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a), and that all matters in the two actions shall be tried jointly.  As Case 1 was the initially-filed matter, the consolidated case shall be styled under the Case 1 caption and master case number (2:07-CV-01790).

IT IS SO STIPULATED.

DATED:  September 14, 2007          WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP


By:         /s/ Daniel L. Baxter
            DANIEL L. BAXTER
            Attorneys for
            BRIAN DAWE

DATED:  September 14, 2007          MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER


By:         /s/ Phillip R. A. Mastagni
            PHILLIP R.A. MASTAGNI
            Attorneys for
            CORRECTIONS USA, CALIFORNIA
            CORRECTIONAL PEACE OFFICERS
            ASSOCIATION, JAMES BAIARDI, and
            DONALD JOSEPH BAUMANN

1  DATED: September 14, 2007          THE VANDERMAY LAW FIRM

3                                     By:      /s/ Maureen C. Vandermay
                                         MAUREEN C. VANDERMAY
4                                              Attorneys for
                                               GARY HARKINS

   DATED: September 14, 2007

8                                     By:         /s/ Richard Loud
                                               RICHARD LOUD

**ORDER**

IT IS SO ORDERED.

DATED: September 14, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

301085.1                     - 4 -

**STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION**