UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORRECTIONS USA, a California Mutual Benefit Corporation; MIKE JIMENEZ, as a Representative of the Members of Corrections USA, a California Mutual Benefit Corporation,

       Plaintiffs,

  v.

BRIAN DAWE, RICHARD LOUD; GARY HARKINS; and DOES 1-100, inclusive,

       Defendants.
_____/

NO. CIV. S-07-653 LKK/EFB

O R D E R

    The court is in receipt of counsel for Gary Harkins' October 2, 2008 motion to withdraw, as well as Mr. Harkins' letter in support of the withdrawal. The court held a hearing on November 3, 2008 and no party appeared to oppose the withdrawal.

    Accordingly, the court GRANTS counsel's motion to withdraw. Mr. Harkins will represent himself *pro se* and shall notify the court if he obtains substitution counsel, in accordance with Local Rule 83-182.

1

1    Counsel is ORDERED to release all client papers and property
2 to client within ten (10) days of the date of this order, including
3 correspondences, pleadings, deposition transcripts, exhibits,
4 physical evidence, expert reports, and other items reasonably
5 necessary to the client's representation, whether the client has
6 paid for them or not, in accordance with Rule 3-700(D) of the
7 California Rules of Professional Conduct.
8    IT IS SO ORDERED.
9    DATED: November 5, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2